# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### (WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| KATIE BARTON, ) | CASE NO.: 23-01361-MJC |
| *AKA* KATIE DEANGELO, ) | CHAPTER 13 |
| *FDBA* FIGHT GIRL YOGA, ) | JUDGE MARK J CONWAY |
| ) | |
| DEBTOR. ) | |
| ) | |
| LAKEVIEW LOAN SERVICING, LLC, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| KATIE BARTON, DEBTOR, AND ) | |
| JACK N ZAHAROPOULOS, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice

of Appearance on behalf of Lakeview Loan Servicing, LLC, and requests that they be noticed on

all pleadings, documents and hearings; that they receive copies of all documents; and be added to

the matrix to be served at the addresses below:

**DATED** this 6th day of March 2026

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been

furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S.

Mail on this 6<u>th</u> day of <u>March </u>2026.

*<u>VIA U.S. MAIL</u>*

*<u>DEBTOR</u>*
KATIE BARTON
515 OAK STREET
STROUDSBURG, PA 18360

*<u>VIA ELECTRONIC NOTICE</u>*

*<u>ATTORNEYS FOR DEBTOR</u>*
VINCENT RUBINO
NEWMAN WILLIAMS MISHKIN CORVELEYN ET AL
712 MONROE STREET
PO BOX 511
STROUDSBURG, PA 18360-0511
VRUBINO@NEWMANWILLIAMS.COM

*<u>TRUSTEE</u>*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*<u>ASST. U.S. TRUSTEE</u>*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*